THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANTOS GONZALEZ, Appellant, v WILLIAM E. PHILLIPS, Respondent.

Submitted April 18, 2005; decided June 9, 2005

Motion, insofar as it seeks leave to appeal from the February 2005 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the

meaning of the Constitution; motion for leave to appeal otherwise denied.